IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate and Reschedule Scheduling Conference and Deadline for Dispositive Motions, DN 14, filed with the Court on December 11, 2006, is DENIED. The Scheduling Conference will go forward on December 19, 2006 at the scheduled time.

Date: December 12, 2006