IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01956–EWN–MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

    and

SABINITA BARRON,
MARCIA MANCHEGO, and
CHRISTINE NEWLAND,

    Intervenors,

v.

CORRECTIONS CORPORATION OF AMERICA,
a Maryland corporation, d/b/a CROWLEY COUNTY
CORRECTIONAL FACILITY, and
DOMINION CORRECTIONAL SERVICES LLC,
an Oklahoma corporation, d/b/a CROWLEY COUNTY
CORRECTIONAL FACILITY,

    Defendants.

## ORDER

This matter comes before the court on review of the "Amended Complaint and Jury Trial Demand" (#24) filed on January 11, 2007 by Plaintiff Equal Employment Opportunity Commission. Fed. R. Civ. P. 15(a) requires a party to seek leave of the court to file an amended pleading after a responsive pleading has been filed. In this case, Defendant Corrections

Corporation of America filed responsive pleadings on December 20, 2006.  Plaintiff did not seek leave of the court to file the amended complaint.  Therefore it is

**ORDERED** as follows:

1.   The Amended Complaint and Jury Trial Demand (#24) filed January 11, 2007, is STRICKEN for failure to comply with Fed. R. Civ. P. 15(a).

Dated this 16th day of January, 2007.

> BY THE COURT:
>
> s/ Edward W. Nottingham
> EDWARD W. NOTTINGHAM
> United States District Judge