IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01956–EWN–MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

    and

SABINITA BARRON,
MARCIA MANCHEGO, and
CHRISTINE NEWLAND,

    Intervenors,

v.

CORRECTIONS CORPORATION OF AMERICA,
a Maryland corporation, d/b/a CROWLEY COUNTY
CORRECTIONAL FACILITY, and
DOMINION CORRECTIONAL SERVICES LLC,
an Oklahoma corporation, d/b/a CROWLEY COUNTY
CORRECTIONAL FACILITY,

    Defendants.

---

**ORDER**

---

The Motion to Amend (#30) and Amended Complaint in Intervention (#31) are hereby

STRICKEN as improperly filed.  See ELECTRONIC CASE FILING PROCEDURES (CIVIL

CASES), V.F.2.  ("If filing a document requires leave of the court [e.g., an amended complaint,

surreply brief, etc.], the filer shall post the proposed document as an ECF attachment to the motion. [See Section V.H.3. of these procedures concerning filing of attachments."])

Dated this 18th day of January, 2007.

                                        BY THE COURT:

                                        s/Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge