IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Intervenors' Renewed Unopposed Motion for Leave to File Amended Complaint in Intervention (docket no. 33) is GRANTED.  The Intervenors shall re-file their Amended Complaint in Intervention within five (5) days from the date of this minute order so that the Amended Complaint in Intervention can be given a new docket number.

Date:  January 19, 2007