IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Leave to File Amended Complaint, DN 27, filed with the Court on January 16, 2007, is GRANTED. The Amended Complaint is accepted for filing as of the date of this order.

Date: January 23, 2007