IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion of the Parties to Vacate and Unopposed Motion to Vacate and Reschedule Status Conference Presently Scheduled for January 29, 2007, DN 40, filed with the Court on January 26, 2007, is GRANTED. The Status Conference set on January 29, 2007, at 9:00 a.m., is VACATED and a **SCHEDULING CONFERENCE** is set on February 20, 2007, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   January 26, 2007