IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Extend Expert Deadlines, DN 53, filed with the Court on February 13, 2007, is GRANTED. The court will extend the expert disclosure deadlines up to and including February 20, 2007, and will address any further extensions of such deadlines at the Scheduling Conference, also set on February 20, 2007, at 9:30 a.m.

Date:  February 14, 2007