IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:06-cv-1956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                        Plaintiff,

and

SABINITA BARRON,
MARCIA MANCHEGO, and
CHRISTINE NEWLAND,

                        Intervenors,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY, and

DOMINION CORRECTIONAL SERVICES LLC, an Oklahoma corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

DOMINION CORRECTIONAL PROPERTIES, LLC, d/b/a CROWLEY COUNTY
CORRECTIONAL FACILITY, and,

DOMINION VENTURE GROUP, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

                        Defendants.

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULING ORDER**
( Docket No. 50 )

It is hereby ordered that the Parties are granted until Thursday, February 15, 2007 to file the Proposed Scheduling Order.

                                              /s/ Michael J. Watanabe
                                              U.S. District Court Magistrate Judge

                                              MICHAEL J. WATANABE
                                              U.S. MAGISTRATE JUDGE
                                              DISTRICT OF COLORADO