IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:06-cv-1956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

and

SABINITA BARRON,
MARCIA MANCHEGO, and
CHRISTINE NEWLAND,

                Intervenors,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY, and

DOMINION CORRECTIONAL SERVICES LLC, an Oklahoma corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

DOMINION CORRECTIONAL PROPERTIES, LLC, d/b/a CROWLEY COUNTY
CORRECTIONAL FACILITY, and,

DOMINION VENTURE GROUP, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

                Defendants.

---

**ORDER GRANTING MOTION TO EXTEND TIME FOR EEOC TO RESPOND TO DEFENDANT CCA'S FIRST DISCOVERY**
( Docket No. 59 )

---

It is hereby ordered that the EEOC is granted until Monday, February 26, 2007 to respond to Defendant CCA's First Discovery.

~~U.S. District Court Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO