IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant CCA's Unopposed Motion for Protective Order, DN 48, filed with the Court on February 9, 2007, is GRANTED and the Consent Protective Order tendered to the Court is approved and entered as an order of the Court.

Date: February 22, 2007