IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-1956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                                    Plaintiff,

and

SABINITA BARRON,
MARCIA MANCHEGO, and
CHRISTINE NEWLAND,

                            Intervenors,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY, and

DOMINION CORRECTIONAL SERVICES LLC, an Oklahoma Corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY;

DOMINION CORRECTIONAL PROPERTIES, LLC, d/b/a CROWLEY COUNTY
CORRECTIONAL FACILITY; and

DOMINION VENTURE GROUP, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

                            Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO
EXTEND DEADLINES** ( Docket No. 96 )

       For good cause appearing, it is hereby ordered:

       A.      The August 6, 2007 discovery deadline and September 4, 2007 dispositive

motions deadline are vacated;

B.   The deadline for discovery to be completed shall be December 3, 2007;

C.   The deadline for dispositive motions to be filed shall be January 18, 2008; and

D.   The deadline for identifying class members shall be September 1, 2007.

E.   No Further Extensions will be considered unless substantial good cause can be shown.

Done This 21st Day of June 2007

By The Court

Michael J. Watanabe

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

2