IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: August 10, 2007 |

Civil Action No. 06–cv–01956–EWN–MJW

| *Parties:* | *Counsel:* |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Sally Shanley and T. Diana Chen |
| Plaintiff, | |
| and | |
| SABINITA BARRON, | Barry Roseman |
| MARCIA MANCHEGO, and | Barry Roseman |
| CHRISTINE NEWLAND, | Barry Roseman |
| Intervenors, | |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, d/b/a Crowley County Correctional Facility; | Colleen Rea and Peter Munger |
| DOMINION CORRECTIONAL SERVICES, LLC, a Delaware corporation, d/b/a Crowley County Correctional Facility; | Daniel Satriana |
| DOMINION CORRECTIONAL PROPERTIES, LLC, d/b/a Crowley County Correctional Facility; and | Daniel Satriana |
| DOMINION VENTURE GROUP, d/b/a Crowley County Correctional Facility, | Daniel Satriana |
| Defendants. | |

# COURTROOM MINUTES

**Status Conference**

**3:32 p.m.**     Court in session.

Discussion regarding motion to bifurcate.

Plaintiff EEOC, without objections, withdraws its motion to bifurcate, doc. #41.

**3:38 p.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:06