IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

and

SABINITA BARRON,
MARCIA MANCHEGO,
and CHRISTINE NEWLAND,

                Intervenors,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY, and

DOMINION CORRECTIONAL SERVICES LLC, an Oklahoma corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

DOMINION CORRECTIONAL PROPERTIES, LLC, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY, and,

DOMINION VENTURE GROUP, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY

                Defendants.

**ORDER GRANTING EXPEDITED MOTION TO AMEND SCHEDULING ORDER TO EXTEND THE LENGTH OF INTERVENOR CHRISTINE NEWLAND'S DEPOSITION**

The Court having considered the Defendant's EXPEDITED MOTION TO AMEND SCHEDULING ORDER TO EXTEND THE LENGTH OF INTERVENOR CHRISTINE NEWLAND'S DEPOSITION, and good cause appearing,

IT IS ORDERED that the motion is granted to extend the length of Intervenor Christine Newland's deposition by up to ~~four~~ Three hours.

Dated: September 10, 2007.

_____
United States Magistrate Judge Michael J. Watanabe