IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

and

SABINITA BARRON,
MARCIA MANCHEGO,
and CHRISTINE NEWLAND,

        Intervenors,

v.

CORRECTIONS CORPORATION OF AMERICA, INC., a Maryland corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY, and

DOMINION CORRECTIONAL SERVICES, LLC, an Oklahoma corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

DOMINION CORRECTIONAL PROPERTIES, LLC, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY; and,

DOMINION VENTURE GROUP, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY

        Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING
ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** ( Docket No. 127 )

THIS MATTER having come before the Court on Defendant CCA's Unopposed Motion to Amend the Scheduling Order to Extend the Dispositive Motion Deadline, the Court having reviewed the motion, and good cause appearing,

IT IS HEREBY ORDERED that the motion is granted:

1. The scheduling order is hereby amended; and

2. The January 18, 2008, deadline for dispositive motions is vacated and the deadline for all parties to file their dispositive motions is hereby extended to February 4, 2008.

_____ 11-19-07
U.S. District Court Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2