IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendant.

MINUTE ORDER

     It is hereby ORDERED that Plaintiff EEOC's Unopposed Motion to Amend Scheduling Order to Extend Deadlines (docket no. 144) is GRANTED finding good cause shown. The December 31, 2007 deadline for conducting the Rule 30(b)(6) deposition of the Plaintiff EEOC is STAYED pending a decision by Chief Judge Nottingham on the Plaintiff EEOC's Rule 72(a) objections (docket no. 143).

Date: December 20, 2007