IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant CCA's Motion to Compel Discovery from Intervenors and for Sanctions (docket no. 148) is MOOT and therefore DENIED WITHOUT PREJUDICE. Each party shall pay their own attorney fees and costs for this motion. On January 23, 2008, the intervenors provided supplemental responses to the requested discovery as outlined in the subject motion. In addition, counsel for intervenors informed Defendant CCA's counsel that Intervenor Barron was not seeking back pay.

Date: February 4, 2008