IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,

and

SABINITA BARRON,
MARCIA MANCHEGO,
and CHRISTINE NEWLAND,

                Intervenors,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY, and

DOMINION CORRECTIONAL SERVICES LLC, an Oklahoma corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

DOMINION CORRECTIONAL PROPERTIES, LLC, d/b/a CROWLEY COUNTY
CORRECTIONAL FACILITY, and,

DOMINION VENTURE GROUP, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

                Defendants.

---

## CONSENT DISCOVERY ORDER

( Docket No. 193 )

---

THIS MATTER having come before the court on the Joint Motion for Consent Discovery Order ("Motion") filed by Plaintiff Equal Employment Opportunity Commission ("EEOC"),

intervenor Christine Newland, and defendant Corrections Corporation of America, Inc., ("CCA"), and the court being otherwise advised in the premises;

IT IS HEREBY ORDERED:

1. Within sixty (60) days of this order, the EEOC shall produce to CCA all documents requested in CCA Document Request 12 to the EEOC set forth in paragraph 1 of the Motion.

2. Within sixty (60) days of this order, and to the extent she has not already done so, intervenor Newland shall produce to CCA all documents requested in CCA Document Request 9 to the Newland set forth in paragraph 2 of the Motion.

3. Defendant CCA's Motion to Compel Discovery from EEOC and Intervenor Newland and for Sanctions (Dkt. # 168) is dismissed without prejudice.

4. Each party shall bear its or her own costs and attorney's fees in this matter.

_____ 4-14-08
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

APPROVED AS TO FORM:

s/ Sally Shanley
Sally Shanley, Esq.
Diana Chen, Esq.
EEOC
3300 North Central Avenue, Suite 690
Phoenix, AZ 85102

s/ Peter F. Munger
Peter F. Munger
Colleen Rea
FORD & HARRISON LLP
1675 Broadway, Suite 2150
Denver, CO 80202
Counsel for defendant CCA

s/ Barry Roseman
Barry Roseman, Esq.
McNamara, Roseman, Martinez &
Kazmierski, LLP
1640 East 18th Avenue
Denver, CO 80218
Counsel for Christine Newland

2