IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01956-EWN-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Attorney Melissa J. Rye's Motion to Withdraw (docket no. 201) is GRANTED finding good cause shown. Melissa J. Rye is withdrawn as counsel of record for Defendant Corrections Corporation of America, Inc., a Maryland corporation d/b/a Crowley County Correctional Facility.

Date: June 16, 2008