IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01956-MSK-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
DOMINION CORRECTIONAL PROPERTIES, LLC, and
DOMINION VENTURE GROUP,

       Defendants.
_____

## ORDER OF RECUSAL
_____

**THIS MATTER** comes before the Court *sua sponte*.

An attorney appearing on behalf of one of the parties in this case is associated with a member of the undersigned's chambers staff. Accordingly, pursuant to 28 U.S.C. § 455(a), the undersigned **RECUSES** herself from further consideration of this matter. The Clerk of the Court shall draw this case to another District Judge.

Dated this 4th day of November, 2008

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge