IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01956-KHV-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                            Plaintiff,

and

SABINITA BARRON,
MARCIA MANCHEGO, and
CHRISTINE NEWLAND,

                            Intervenors,

v.

CORRECTIONS CORPORATION OF AMERICA, a Maryland corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY, and

DOMINION CORRECTIONAL SERVICES LLC, an Oklahoma corporation, d/b/a
CROWLEY COUNTY CORRECTIONAL FACILITY,

                            Defendants.

---

## ORDER OF DISMISSAL

---

THE COURT, having reviewed the parties' Joint Motion for Entry of Consent Decree and for Dismissal with Prejudice Subject to Entry of Consent Decree [Dkt. # 273 ], and having entered the Consent Decree,

2

HEREBY ORDERS that this case is dismissed with prejudice, subject to the court's continuing jurisdiction to enforce the terms of the settlement agreement filed with the parties' motion, each party to bear its own costs and attorneys' fees.

Dated:  October 1, 2009

BY THE COURT:

s/ Kathryn H. Vratil
Judge Kathryn H. Vratil
United States District Judge
